# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

YOLANDA PENA,

        Plaintiff,

v.                                               Case No:   6:20-cv-2254-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 41)
>
> **FILED:** October 17, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff, through counsel of record, filed a complaint against the Commissioner of Social Security regarding the denial of an application for disability benefits.  Doc. No. 1.  On August 2, 2022, the Court entered a Memorandum of

Decision reversing and remanding the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 39. Judgment was entered in Plaintiff's favor and against the Commissioner the following day.  Doc. No. 40.

On October 17, 2022, Plaintiff filed a motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. No. 41.  Plaintiff requests a total of $6,430.18 in attorney's fees under the EAJA, for work performed by her counsel from 2020 through 2022.  Doc. No. 41, *see also* Doc. Nos. 41-1, 41-2.  The Commissioner does not oppose the motion.  Doc. No. 41, at 3.

Upon consideration, and absent any objection from the Commissioner, the Court finds the request for fees pursuant to the EAJA well taken.  Accordingly, Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 41) is **GRANTED**, to the extent that Plaintiff is awarded a total of $6,430.18 in attorney's fees pursuant to the EAJA.[1]

---

[1] Plaintiff's motion attaches an assignment of EAJA fees from Plaintiff to counsel. Doc. No. 41-3.  In the motion, Plaintiff only "requests that the government accept the assignment."  Doc. No. 41, at 2.  The government may exercise its discretion to honor Plaintiff's assignment of attorney's fees awarded under the EAJA if the government determines that Plaintiff does not owe a federal debt, but the Court will not order the government to do so.

**DONE** and **ORDERED** in Orlando, Florida on November 10, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties